JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| LANNY BENNETT WOOSLEY, | ) ED CV 09-2335-PA (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| LELAND McEWEN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: March 28, 2015

*[signature]*

**JS-6**

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE